_____ FILED _____ LODGED
_____ RECEIVED

**Oct 28 2024**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Chief Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL V. ULIN,

Defendant.

NO. 3:24-mj-05353

COMPLAINT FOR VIOLATIONS
18 U.S.C. § 922(g)(1); and
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

BEFORE, Theresa L. Fricke, United States Chief Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about October 8, 2024, in Kitsap County, within the Western District of Washington, DANIEL V. ULIN, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

      i.    *Possession of Heroin, Oxycodone, and Methamphetamine with Intent to Distribute*, in United States District Court in the Western District of

Complaint - 1
*United States v. Daniel V. Ulin*
USAO No. 2024R01128 - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

Washington, under case number CR14-5245RBL, on or about April 17, 2015, with a sentence imposed of 60 months;

ii.     *Felon in Possession of a Firearm*, in United States District Court in the Western District of Washington, under case number CR14-5245RBL, on or about April 17, 2015, with a sentence imposed of 60 months;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, firearms, to wit: a Ruger .22 caliber rifle, and a Ruger Blackhawk .357 revolver, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Possession of Controlled Substances with Intent to Distribute)

On or about October 8, 2024, in Kitsap County, within the Western District of Washington, DANIEL V. ULIN, did knowingly and intentionally possess, with the intent to distribute methamphetamine, a substance controlled under Title 21, United States Code.

It is further alleged that this offense involved fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, or five grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

And the complainant states that this Complaint is based on the following information.

I, Terrance G. Postma, a Special Agent of the United States Department of Justice, Federal Bureau of Investigations (FBI) being first duly sworn on oath, depose and say:

## INTRODUCTION

1.     The information in this Affidavit is provided for the limited purpose of establishing probable cause and is not a complete statement of all the facts related to this

Complaint - 2
*United States v. Daniel V. Ulin*
USAO No. 2024R01128 - 2

case. I have reviewed the facts of the case in this investigation; however, the investigation is still ongoing. Based on this, I am familiar with the facts and circumstances of this investigation.

### AFFIANT BACKGROUND AND EXPERIENCE

1. I, Terrance G. Postma, am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Seattle Division's Poulsbo Resident Agency. I have been employed by the FBI since June 2002. I am currently assigned to investigate violent crimes and violent criminal acts. Part of my assigned case load involves the investigation of cases involving violations of drug and federal firearms laws, including the offenses involved in the current investigation. In the course of my employment with the FBI, I have worked on numerous investigations involving drug and firearms trafficking and unlawful firearms possession. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The facts set forth in this affidavit are based upon my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to that Daniel ULIN has committed violations of Title 18, United States Code, Section 922(g)(1) and of Title 21, United States Code, Sections 841(a)(1) and (b)(1)B).

Complaint - 3
*United States v. Daniel V. Ulin*
USAO No. 2024R01128 - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

## ULIN'S PRIOR CONVICTION

1.      Judge Ronald B. Leighton previously convicted Daniel ULIN of Possession of Heroin, Oxycodone, and Methamphetamine with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C), and Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) 924(a)(2) and 2. Judge Leighton sentenced ULIN to a total term of 60 months, followed by three year's supervised release. ULIN was on Washington State Department of Corrections supervision for multiple drug possession convictions during the time of the 2014 arrest.

## INVESTIGATION

### K9 "Luna" detects drugs in ULIN's vehicle.

1.      Daniel ULIN drove over the speed limit, crossed into opposite lanes, and crossed over the center line in Poulsbo, Washington, on October 8, 2024. Poulsbo Police Department (PPD) Officer Keller, a narcotics K9 officer, saw ULIN and called for assistance for a possible impaired driver. Officer Keller followed ULIN while awaiting backup. ULIN arrived at the Clearwater Casino in Suquamish, Washington. When a second officer arrived, Keller located ULIN in his vehicle in the Clearwater Casino parking garage. The second officer began the process to issue ULIN a traffic ticket while Officer Keller deployed his narcotics K9 "Luna."

2.      K9 "Luna" and Officer Keller are a trained and certified narcotics detection team from the Washington State Criminal Justice Training Commission. K9 Luna alerts and indicates to the odors of methamphetamine, heroin, cocaine, fentanyl, and ecstasy. K9 Luna is PPD Officer Keller's second narcotics K9. Officer Keller worked with his first narcotics K9 "Kilo" for approximately four years and conducted hundreds of narcotics applications with him. Officer Keller recognizes K9 Luna's change of behavior when alerting to the odor of narcotics.

3.      During the traffic stop, K9 "Luna" alerted Officer Keller to the odor of narcotics after she sniffed the front seam of the passenger door. Officer Keller told ULIN

Complaint - 4
*United States v. Daniel V. Ulin*
USAO No. 2024R01128 - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

he was going to impound the vehicle because "Luna" indicated to the odor of narcotics. Officers told ULIN his vehicle would be impounded. Poulsbo Police Department impounded the vehicle.

4.    Officer Keller saw a white crystal substance covering a large portion of the driver floorboard mat when he looked through the windows. Based on Officer Keller's previous experience as a narcotics K9 handler, narcotics detective, and patrol officer, he recognized the substance as methamphetamine. Officer Keller believed ULIN stepped on and tried to crush up the methamphetamine during the traffic stop in order to conceal the drugs.

5.    Officer Keller called other officers for assistance. Those officers saw ULIN walking along a roadway near the Clearwater Casino. When the officers approached ULIN, he threw his cell phone off an embankment and into the woods. Officers later found the phone as it kept ringing and pinging sounds from incoming phone calls and messages. The phone is currently in evidence pending a search warrant.

6.    Law enforcement placed ULIN under arrest for possession of methamphetamine. Law enforcement searched ULIN and found $803 in cash on his person prior to transporting him to the Kitsap County Jail. Officer Keller separated the cash from the other evidence when returned to the police department and placed in an evidence envelope. K9 Luna also alerted to the cabinet where the cash was located and flagged it with a sit.

**ULIN illegally possesses two firearms in his vehicle.**

7.    Police secured the vehicle at the Poulsbo Police Parking Garage. After obtaining a search warrant for the vehicle, Officers found drugs and two loaded firearms in ULIN's vehicle.

8.    On the driver side floorboard of the vehicle, officers found and tested the white crystalline substance seen through the window. The substance field tested

Complaint - 5
*United States v. Daniel V. Ulin*
USAO No. 2024R01128 - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

presumptive positive for methamphetamine. The methamphetamine weighed 18.3 grams with packaging.

9.      Inside a black backpack on the driver seat of the vehicle officers found a Ziplock bag more white crystalline substance, and large crystal-like white shards. The substance weighed 352.6 grams with packaging.

10.     Under the front driver's seat law enforcement located a loaded Ruger Blackhawk .357 revolver. In all the revolver was loaded with five rounds of .38 caliber ammunition. The serial number of the revolver was illegible.

11.     In the trunk, Officers found a loaded Ruger .22 caliber rifle, model number 10/22, serial number 250-95327. There was one round in the chamber of the rifle and twenty-one rounds in a twenty-five round magazine inserted in the magazine well of the rifle.

12.     Throughout the vehicle law enforcement located several hundred rounds of various caliber ammunition including .38 Special, .22 long rifle, .556 caliber, 9mm, and a loaded single stack magazine with 9mm bullets.

13.     Officers also found a digital scale and a small amount of marijuana.



Complaint - 6
*United States v. Daniel V. Ulin*
USAO No. 2024R01128 - 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

## CONCLUSION

14.    Based on the above facts, I respectfully submit that there is probable cause to believe that DANILE V. ULIN did knowingly and intentionally possess a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1), and knowingly and intentionally possessed heroin, oxycodone, and methamphetamine and fentanyl with the intent to distribute it in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

15.    I am submitting this Complaint by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

_____
TERRANCE POSTMA, AFFIANT
Special Agent, FBI


The above-named agent provided a sworn statement attesting to the truth of the contents of the forgoing Affidavit on the 28th day of October 2024. The Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.


_____
The Honorable Theresa L. Fricke
United States Chief Magistrate Judge


Complaint - 7
United States v. Daniel V. Ulin
USAO No. 2024R01128 - 7

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402